IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RANDOLPH JACKSON,**

      Petitioner,

v.                        Case No. 1:17cv99-MW/GRJ

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

      Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 32, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 35. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, ECF No. 25, is **GRANTED**, and the Petition for Writ of Habeas Corpus, ECF No. 20, is

1

**DISMISSED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 11, 2018.**

<u>**s/Mark E. Walker**</u>  ____
**United States District Judge**